VON SPIEGEL, Respondent, v. SWANIC, Appellant. (Supreme Court, Appellate Division, Third Department. May 2, 1900.) Action by Chester L. Von Spiegel against James F. Swanic. No opinion. Judgment and order affirmed, with costs.

WACKMAN, Appellant, v. MILLER, Respondent. (Supreme Court, Appellate Division, Fourth Department. April 3, 1900.) Action by Roswell O. Wackman against Mary H. Miller, as administratrix, etc. No opinion. Judgment affirmed, with costs. There being no exceptions to the referee's report, this is not a proper case for review.

WAIT, Respondent, v. BUTLER, Appellant. (City Court of New York, General Term. May 1, 1900.) Action by Mary E. Wait against Jacob W. Butler. From an order denying defendant leave to amend his answer, he appeals. Reversed. Samuel W. Weiss, for appellant. Cromwell G. Macy, for respondent.

CONLAN, J. This is an appeal from an order at special term denying defendant's motion for leave to amend his answer. We think the motion should have been granted. The order appealed from must be reversed, and defendant allowed to serve his proposed answer within 5 days from the service of the order herein, on payment of costs before and after notice of trial, together with $10 costs of the motion. No costs of this appeal. Issue to remain and cause to be tried on short-cause calendar when reached.

WALTER et al., Appellants, v. FARGO, Respondent. (Supreme Court, Appellate Term. May 1, 1900.) Action by Herbert E. Walter and another against James C. Fargo, as president of the Fargo Express Company. From a judgment in favor of defendant, plaintiffs appeal. Affirmed. Samuel Fleischmann, for appellants. Donald B. Toucey, for respondent.

PER CURIAM. As it appears that the company agreed to carry the case to the destination if on its line, and otherwise to deliver to another carrier on the route to the destination, and that it was not to be liable for loss or damage not occurring on its own road or its portion of the through route, and as the evidence of the witness Sherwood as to the extent of defendant's line was competent, the judgment must be affirmed, with costs. See Reed v. Express Co., 48 N. Y. 462.

WALTHAM MFG. CO., Respondent, v. QUEE, Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1900.) Action by the Waltham Manufacturing Company against Ida L. Quee. No opinion. Judgment of the municipal court reversed on argument, and new trial ordered; costs to abide the event.

WARN, Respondent, v. NEW YORK CENT. & H. R. R. Co., Appellant. (Supreme Court, Appellate Division, Fourth Department. April 3, 1900.) Action by Elias Warn against the New York Central & Hudson River Railroad

Company. No opinion. Motion for leave to appeal to the court of appeals upon the questions proposed by appellant's counsel granted: the form of the order to be settled by the presiding justice upon two days' notice. All concur: McLENNAN, J., not voting. See 63 N. Y. Supp. 1118.

WEISS, Respondent, v. BROOKLYN, Q. C. & S. R. Co., Appellant. (Supreme Court, Appellate Division, First Department. May 11, 1900.) Action by Henry P. Weiss against the Brooklyn, Queens County & Suburban Railroad Company. J. L. Wells, for appellant. E. W. Smith, for respondent. No opinion. Judgment and order affirmed, with costs.

WEITHAS, Respondent, v. SLUTSKY et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 1, 1900.) Action by Chares Weithas against John Slutsky and another. No opinion. Judgment of the municipal court reversed on argument, without costs, and new trial ordered.

WELGE, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1900.) Action by Martin Welge, an infant, by Charles Welge, his guardian ad litem, against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

WERNER et al. v. FRANKLIN NAT. BANK. (Supreme Court, Appellate Division, First Department. May 11, 1900.) Action by Gerard B. Werner and others against the Franklin National Bank. No opinion. Motion denied, with $10 costs. See 63 N. Y. Supp. 1118.

In re WHITE. (Supreme Court, Appellate Division, Second Department. May 1, 1900.) Appeal No. 2. In the matter of the compulsory judicial settlement of the account of Josiah J. White, as former administrator of the goods, chattels, and credits which were of Eliza T. White, deceased. No opinion. The motion to dismiss this appeal will be granted, with costs, unless the appellant serves the appeal papers on or before May 3, 1900, and argues the case on Monday, May 7, 1900, for which day the argument is hereby set down.

In re WHITE. (Supreme Court, Appellate Division, Second Department. May 1, 1900.) Appeal No. 1. In the matter of the compulsory judicial settlement of the account of Josiah J. White, as former administrator of the goods, chattels, and credits which were of Eliza T. White, deceased. No opinion. The decision of the motion to dismiss this appeal will be deferred until appeal No. 2 (64 N. Y. Supp. 1151) shall have been disposed of.

In re WHITE. (Supreme Court, Appellate Division, Second Department. May 9, 1900.) Appeal No. 1. In the matter of the compulsory